UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MENDOZA on behalf of himself and all other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL VISION, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:19-cv-01485-SVK<br><br>[~~PROPOSED~~] **ORDER RE: ANTICIPATED SETTLEMENT AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND PAGA SETTLEMENT**<br><br>Action Filed: November 13, 2018<br>FAC Filed: January 22, 2019<br>Removal: March 21, 2019<br>SAC Filed: July 22, 2019 |

# [~~PROPOSED~~] ORDER

The Court reviewed the parties Stipulation and [Proposed] Order re: Anticipated Settlement and Motion for Preliminary Approval of Class and PAGA Settlement. After participating in a full-day mediation on February 19, 2020, the Parties agreed on a settlement in principle and are finalizing the terms of their agreement. The Parties are preparing a long-form settlement agreement, pursuant to the terms agreed upon at mediation, and requested that the Court allow additional time for the Parties to finalize their settlement and move for preliminary approval. The Court finds good cause to grant the requested relief, and the Court ORDERS as follows:

1. Plaintiff shall file his Third Amended Complaint on or before May 8, 2020 and Defendant is relieved of its obligation to respond while preserving all defenses and the right to later respond should the proposed class settlement not be approved by the Court;
2. Plaintiff shall notice the hearing on his Motion for Preliminary Approval of Class and PAGA Settlement to be heard on May 19, 2020, at 10:00 a.m. in Courtroom 6; and
3. Should the Court deny Plaintiff's motion for preliminary approval of the proposed class settlement on either a motion for preliminary or final approval, and should the parties not submit a further motion for approval of a revised class settlement in response to such order, Defendant will have 21 days from the date of such order denying approval to respond to the Third Amended Complaint.

IT IS SO ORDERED.

DATED: March 13, 2020

By: *Susan van Keulen*
JUDGE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

62432291v.1